UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 19-143 PJS/BRT

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 21 U.S.C. § 841(a)(1) |
| PHELIXIS FITZGERALD MAR ROBINSON, | ) | 21 U.S.C. § 841(b)(1)(A) |
| a/k/a "Storm," | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession with Intent To Distribute Heroin)

On or about March 27, 2019, in the State and District of Minnesota, the defendant,

**PHELIXIS FITZGERALD MAR ROBINSON,**
a/k/a "Storm,"

did unlawfully, knowingly and intentionally possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2
(Distribution of Heroin)

On or about March 1, 2019, in the State and District of Minnesota, the defendant,

**PHELIXIS FITZGERALD MAR ROBINSON,**
a/k/a "Storm,"

did unlawfully, knowingly and intentionally distribute a mixture and substance containing


SCANNED
MAY 14 2019
U.S. DISTRICT COURT MPLS

a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
(Felon in Possession of Firearms)

On or about March 27, 2019, in the State and District of Minnesota, the defendant,

**PHELIXIS FITZGERALD MAR ROBINSON,**
a/k/a "Storm,"

having been previously convicted of crimes described below, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Possession of a Controlled Substance | Cook County, IL | July 16, 1993 |
| Manufacture / Delivery of a Controlled Substance | Cook County, IL | May 2, 1997 |
| Attempted Murder | Cook County, IL | January 22, 2003 |
| Assault | Cook County, IL | January 22, 2003 |
| Unlawful Possession of a Weapon by a Felon | Cook County, IL | January 22, 2003 |

did possess in and affecting interstate commerce the following firearms:

| Firearm |
|---|
| A Glock model 22 .40 caliber semi-automatic pistol bearing serial number TSG677; |
| A Taurus model Protector .38 caliber revolver bearing serial number FX55164; |
| A Beretta model 96 .40 caliber semi-automatic pistol bearing serial number BER373666; |
| A Glock model 30 .45 caliber semi-automatic pistol bearing serial number RUH177; |
| A Bersa model Thunder .380 caliber semi-automatic pistol bearing serial number E49804; and |
| An SCCY model CPX-2 9mm semi-automatic pistol bearing serial number 418212; |

and did so knowingly, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

If convicted of any of Counts 1 through 3, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) or 924(e)(1) or a willful violation of Title 21, United States Code, Section 853(a), including a Glock model 22 .40 caliber semi-automatic pistol bearing serial number TSG677; a Taurus model Protector .38 caliber revolver bearing serial number FX55164; a Beretta model 96 .40 caliber semi-automatic pistol bearing serial number BER373666; a Glock model 30 .45 caliber semi-automatic pistol bearing serial number RUH177; a Bersa model Thunder .380 caliber semi-automatic pistol bearing serial number E49804; and an SCCY model CPX-2 9mm semi-automatic pistol bearing serial number 418212, together with ammunition.

If convicted of Count 1 or Count 2, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of each such violation including: $174,340 in U.S. currency seized on March 27, 2019 from a storage locker in St. Paul, Minnesota, leased to the defendant; and $371,060 in U.S. currency seized on March 27, 2019 from a storage locker in Little Canada, Minnesota, leased to the defendant; a Glock model 22 .40 caliber semi-automatic pistol bearing serial number TSG677; a Taurus model Protector .38 caliber revolver bearing serial number FX55164; a Beretta model 96 .40 caliber semi-automatic pistol bearing serial number BER373666; a Glock model 30 .45 caliber semi-automatic pistol bearing serial number RUH177; a Bersa model Thunder .380 caliber semi-automatic pistol bearing serial number E49804; and an SCCY model CPX-2 9mm semi-automatic pistol bearing serial number 418212, together with ammunition.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(e)(1), and 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

A TRUE BILL

| UNITED STATES ATTORNEY | FOREPERSON |